```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT, INC.,

                               Plaintiff,

       - against -

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                            Defendant.
-----------------------------------------------------------X

20 Civ. 4284 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In light of the case plan and scheduling proposal of the parties so-ordered by the Court (Dkt. 19), the initial pretrial conference scheduled for Monday August 31, 2020 at 2:30 is cancelled.   The parties shall file a joint status report every 60 days.

                                              SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: August 31, 2020
         New York, New York