

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

January 25, 2021

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Int'l Refugee Assistance Project, Inc. v. U.S. Citizenship and Immigration Services*,
            No. 20-cv-4284 (RWL)

Dear Judge Lehrburger:

      This Office represents U.S. Citizenship and Immigration Services ("USCIS") in the above-captioned matter brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*. I write respectfully pursuant to S.D.N.Y. Electronic Case Filing Rules & Instructions Part 21.7(b) to request that the Court seal filings that mistakenly contained sensitive or confidential information.

      On January 22, 2021, I filed certain documents in connection with USCIS's motion to dismiss that the International Refugee Assistance Project, Inc. ("IRAP") considered to contain confidential or sensitive information concerning its client, whose records are the subject of IRAP's FOIA request that forms the basis of this lawsuit. Specifically, the sensitive information contained in the publicly-filed documents consists of information identifying IRAP's client, that he applied for refugee status, and a short summary of the basis for his refugee claim.

      I have already contacted Your Honor's Courtroom Deputy, who temporarily sealed Docket Nos. 30-33 on January 23, 2021.[1] I respectfully request that that the Court formally seal Docket Nos. 30, 32, and 33, as well as any attached exhibits. Docket No. 31 does not contain any confidential or sensitive information and can be unsealed. I will file redacted versions of Docket Nos. 30, 32, and 33 as soon as practicable.

---

[1] I had also contacted the ECF Help Desk, but Your Honor's Courtroom Deputy graciously temporarily sealed the documents outside of business hours.

We thank the Court and its staff for its consideration and assistance.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: */s/ Danielle J. Levine*
DANIELLE J. LEVINE
Assistant United States Attorney
Tel.: (212) 637-2689
E-mail: danielle.levine@usdoj.gov

cc:     Counsel of Record

The Clerk of the Court is directed to seal the listed documents for all parites.

SO ORDERED:

1/25/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE