```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
INTERNATIONAL REFUGEE ASSISTANCE      :
PROJECT, INC.,                         :
                                       :       20-CV-4284 (RWL)
                        Plaintiff,     :
                                       :
        - against -                    :       ORDER
                                       :
UNITED STATES CITIZENSHIP AND          :
IMMIGRATION SERVICES,                  :
                        Defendant.     :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022

**ROBERT W. LEHRBURGER**, United States Magistrate Judge.

On August 10, 2021, the Court approved Defendant's request for a 45-day extension to October 5, 2021 "to produce all records responsive to the request at issue in this case." (Dkt. 57.) No later than February 25, 2022, the parties shall file a letter advising as to status of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 17, 2022
       New York, New York